#60634

UNCLAIMED FUNDS

May 19, 2010

| | | |
|---|---|---|
| 04-62218 | CATHY SCHWAN<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428815 FOR $12.93<br>RBC<br>PO BOX 1548<br>MANSFIELD, OH  44901 | |
| 04-62218 | CATHY SCHWAN<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428816 FOR $3.79<br>RBC<br>PO BOX 1548<br>MANSFIELD, OH  44901 | |
| 04-62218 | CATHY SCHWAN<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428817 FOR $10.24<br>RBC<br>PO BOX 1548<br>MANSFIELD, OH  44901 | 0 * |
| 04-62218 | CATHY SCHWAN<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428818 FOR $5.93<br>RBC<br>PO BOX 1548<br>MANSFIELD, OH  44901 | 12.93+<br>3.79+<br>10.24+<br>5.93+<br>9.16+<br>8.22+<br>4.14+ |
| 04-62218 | CATHY SCHWAN<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428819 FOR $9.16<br>RBC<br>PO BOX 1548<br>MANSFIELD, OH  44901 | 11.49+<br>008<br>65.90* |

FILED 2010 MAY 21 PM 4:09
U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CANTON