UNCLAIMED FUNDS

May 19, 2010

#60634

04-62218   CATHY SCHWAN
           CREDITOR DID NOT CASH CHECK
           CHECK #428815 FOR $12.93
           RBC
           PO BOX 1548
           MANSFIELD, OH  44901

04-62218   CATHY SCHWAN
           CREDITOR DID NOT CASH CHECK
           CHECK #428816 FOR $3.79
           RBC
           PO BOX 1548
           MANSFIELD, OH  44901

04-62218   CATHY SCHWAN
           CREDITOR DID NOT CASH CHECK
           CHECK #428817 FOR $10.24
           RBC
           PO BOX 1548
           MANSFIELD, OH  44901

04-62218   CATHY SCHWAN
           CREDITOR DID NOT CASH CHECK
           CHECK #428818 FOR $5.93
           RBC
           PO BOX 1548
           MANSFIELD, OH  44901

04-62218   CATHY SCHWAN
           CREDITOR DID NOT CASH CHECK
           CHECK #428819 FOR $9.16
           RBC
           PO BOX 1548
           MANSFIELD, OH  44901

FILED 2010 MAY 21 PM 4:09
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

```
      0 . *
     12 . 93 +
      3 . 79 +
     10 . 24 +
      5 . 93 +
      9 . 16 +
      8 . 22 +
      4 . 14 +
     11 . 49 +
008
     65 . 90 *
```